DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM SILAS MONCRIEF,**
Appellant,

v.

**GALINE GALETTE,**
Appellee.

No. 4D21-1310

[December 16, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, West Palm Beach; Renatha Francis, Judge; L.T. Case No. 502014DR003656XXXXMB.

William S. Moncrief, West Palm Beach, pro se.

Craig A. Boudreau, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*